# United States District Court
## Southern District of Georgia

RICHARD CVENGROS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-024

WHEELER CORRECTIONS FACILITY and NURSE BOONE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 25, 2015. the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED without prejudice and stands CLOSED.

August 25, 2015
Date



Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk